UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LEE BURRELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. |
| | § | 6:14-cv-00278-JDL |
| WENONE, INC., | § | |
| | § | |
| Defendant. | § | |

## AGREED NOTICE OF SETTLEMENT

Plaintiff Lee Burrell and Defendant Wenone, Inc. respectfully notify the Court that the parties have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty days. The parties request that they be excused from the Status Conference currently set for September 9, 2015 and that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,

*/s/ Palmer D. Bailey*
**PALMER D. BAILEY**
State Bar No. 01533400
pdbaileyesq@gmail.com
**LAW OFFICE OF PALMER D. BAILEY, P.C.**
16633 Dallas Parkway
Suite 600
Addison, TX 75001
972.588.1863
972.588.1801 Fax
**ATTORNEY FOR PLAINTIFF
LEE BURRELL**

and

/s/ Kimberly S. Moore
**KIMBERLY S. MOORE**
State Bar No. 00784629
kim.moore@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard
Suite 600
Frisco, TX 75034
469.287.3900
469.287.3999 Fax
**ATTORNEY FOR DEFENDANT WENONE, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 8th day of September, 2015 the above and foregoing was filed utilizing the court's ECF filing system which will notify all counsel of record.

/s/ Kimberly S. Moore
Kimberly S. Moore