## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **LEE BURRELL,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:14cv278-JDL** |
| | § | |
| **WENONE, INC.** | § | |

## FINAL JUDGMENT

Pursuant to the Unopposed Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Lee Burrell filed suit against Wenone, Inc. on April 16, 2014.  Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

 So ORDERED and SIGNED this 5th day of October, 2015.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE